*of Marino*, 303 AD2d 10 [2002]; *Matter of Bennett*, 301 AD2d 176 [2002]; *Matter of Sedor*, 293 AD2d 74 [2002]).

Accordingly, after consideration of all of the factors in this matter, we deny petitioner's application for reinstatement and conclude that petitioner should be suspended for one year, effective May 3, 2003, and until further order of the Court. Additionally, we grant respondent's motion and impose a fine in the amount of $250 as punishment for petitioner's contempt of court.

PINE, J.P., HURLBUTT, KEHOE and HAYES, JJ., concur.

Order entered denying application for reinstatement.

In the Matter of THOMAS J. PRZYBYLA, a Suspended Attorney, Petitioner. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Respondent. [769 NYS2d 780] —Order of suspension entered. Same Per Curiam as in *Matter of Przybyla* (4 AD3d 8 [2003]). Present—Pine, J.P., Hurlbutt, Kehoe and Hayes, JJ.

In the Matter of THOMAS J. PRZYBYLA, a Suspended Attorney, Petitioner. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Respondent. [769 NYS2d 775] —Order entered granting motion for contempt. Same Per Curiam as in *Matter of Przybyla* (4 AD3d 8 [2003]). Present—Pine, J.P., Hurlbutt, Kehoe and Hayes, JJ.